**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01170-CV

### IN RE PAUL DEWAYNE THIBODEAUX, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 0856041-J**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/s/    ROBERT M. FILLMORE
        JUSTICE